1  MORGAN, LEWIS & BOCKIUS LLP
   TRACY THOMPSON, SBN 88173
2  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
3  Tel: 415.442.1000
   Fax: 415.442.1001
4
   Attorneys for Defendant
5  San Francisco Chronicle

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NORTHERN CALIFORNIA MAILERS UNION, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL NO. 15,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO CHRONICLE,<br><br>Defendant. | Case No. C 06-00474 CRB<br><br>**STIPULATION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT**<br><br>[Local Rule 6-1(a)] |
|---|---|

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7342122.1

Case No. C 06-00474 CRB
STIPULATION AND [PROPOSED] ORDER

Plaintiff Northern California Mailers Union, International Brotherhood of Teamsters, Local No. 15, and Defendant San Francisco Chronicle, through their respective undersigned counsel of record, hereby stipulate and agree as follows:

Pursuant to Rule 6-1(a) of the Local Rules for the U.S. District Court for the Northern District of California, Defendant shall have an additional 30 days, to and including March 17, 2006, in which to respond to the Complaint. Such extension shall not alter the date of any event or any deadline already fixed by the Court's Order.

Dated: February 14, 2006

BEESON, TAYER & BODINE, PC

By _Duane B. Beeson_
Duane B. Beeson
Attorneys for Plaintiff
Northern California Mailers Union Local No. 15

Dated: February 14, 2006

MORGAN, LEWIS & BOCKIUS LLP

By _____
Tracy Thompson
Attorneys for Defendant
San Francisco Chronicle

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

February 15, 2006

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7342122.1

Case No. C 06-00474 CRB
STIPULATION AND [PROPOSED] ORDER